**BCLP.**
Bryan Cave Leighton Paisner

April 24, 2026

Courtney J. Peterson
Partner
Direct:  +1 212 541 3187
courtney.peterson@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2026

MEMO ENDORSED

District Judge Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

*Reschedule conference for September 10, 2026 at 10:30 Am.*

**Filed by ECF**

**Re:     Mercado v. Lasko Products, LLC, et ano, Case No. 1:26-cv-02391-CM**

Dear Judge McMahon:

*Collen McMahon*
*4/28/2026*

Bryan Cave Leighton Paisner LLP is counsel to defendant Lasko Products, LLC. We write to request an adjournment of the initial case management conference in this matter, currently scheduled for May 14, 2026, until after defendants submit their responses to the complaint, which responses are currently due on June 15, 2026. This is the first request for an adjournment of the initial case management conference and all parties consent to this request. This adjournment would not affect any other scheduled dates and would promote efficient case management by allowing the parties to assess each other's positions before submitting a discovery plan.

We thank the Court for its consideration of this matter.

Respectfully,

*Courtney J. Peterson*

**Courtney J. Peterson**
Partner

CJP

USA.618859080.1/R0L