Case 1:26-cv-02391-CM Document 27 Filed 07/29/26 Page 1 of 2

BCLP.
Bryan Cave Leighton Paisner

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

July 29, 2026

Courtney J. Peterson
Partner
Direct: +1 212 541 3187
courtney.peterson@bclplaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

District Judge Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

MEMO ENDORSED

7/31/2026
Extension granted.
Conference adjourned.

**Filed by ECF**

**Re: Mercado v. Lasko Products, LLC, et al., Case No. 1:26-cv-02391-CM**

Colleen McMahon

Dear Judge McMahon:

Bryan Cave Leighton Paisner LLP is counsel to defendant Lasko Products, LLC ("Lasko"). O'Melveny & Myers LLP is counsel to defendant Home Depot U.S.A., Inc. ("Home Depot" and together with Lasko as "Defendants"). We write on behalf of both Defendants to request: (1) an extension of Defendants' deadline to respond to Plaintiff's First Amended Complaint, dated July 21, 2026 ("Amended Complaint") and (2) an adjournment of the Initial Case Management Conference currently scheduled for September 10, 2026.

Lasko's current deadline to respond to the Amended Complaint is August 11, 2026.[1] Plaintiff requested issuance of a Summons to Home Depot on July 21, 2026, which Summons was issued on July 22, 2026.[2] To date, Home Depot does not have a record of having been served with the Summons and Amended Complaint. Defendants respectfully request that they be permitted through September 18, 2026 to respond to the Amended Complaint because Defendants require additional time to investigate the allegations, evaluate potential defenses, and prepare a potentially coordinated response. Additionally, multiple pre-scheduled vacations for members of the two attorney teams are impacting the current schedule. This is Defendants' first request for an extension of time to respond to the Amended Complaint. All parties consent to the request.

Additionally, the Initial Case Management Conference is currently scheduled for

1 Plaintiff previously requested an extension of time to respond to Defendants' motion to dismiss and, under that prior schedule, Defendants had until August 11, 2026 to reply to Plaintiff's opposition to Defendants' motion to dismiss or Plaintiff's amendment of the Complaint. (ECF No. 23.)

2 Plaintiff amended the complaint to add Home Depot U.S.A., Inc. as a defendant in place of "The Home Depot, Inc."

Case 1:26-cv-02391-CM Document 27 Filed 07/29/26 Page 2 of 2



BCLP.
Bryan Cave Leighton Paisner

September 10, 2026 at 10:30 a.m. Defendants respectfully request that the conference be adjourned until a date after Defendants have responded to the Amended Complaint. This is the second request to adjourn the Initial Case Management Conference. The first request was granted. (ECF No. 18.) All parties consent to this request. The requested adjournment would not affect any other scheduled dates and would promote efficient case management by allowing the parties to assess their respective positions and formulate a meaningful discovery plan after the operative pleadings have been settled.

We thank the Court for its consideration of this matter.

Respectfully,

Courtney J. Peterson

**Courtney J. Peterson**
Partner